B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re:  Christopher Hendrickson and Robin Hendrickson      Case No.  19-32294-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

KHEAA                                                  NAVIENT SOLUTIONS, LLC
        Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):___3_____
should be sent:                                       Amount of Claim:_____$15,209.68____
                                                      Date Claim Filed:_____12/12/2019____
KHEAA
PO BOX 798
FRANKFORT KY 40602-0798

Phone:  502-696-7309                                  Phone:  570-821-3600
Last Four Digits of Acct #:_____5049                 Last Four Digits of Acct. #:_____5049

Name and Address where transferee
payments should be sent (if different from
above):

KHEAA
PO BOX 4270
FRANKFORT KY 40604-4270

Phone:  N/A

Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Miles F. Justice                             Date:  02/05/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.