Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-32294 (ABA)**

Christopher Hendrickson and Robin Hendrickson  
1501 Elwood Road  
Mullica Township, NJ  08037-4428

Monthly Payment: $2,209.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2020 | $2,209.00 | 02/10/2020 | $2,209.00 | 03/11/2020 | $2,209.00 | 04/06/2020 | $2,209.00 |
| 05/11/2020 | $2,209.00 | 06/12/2020 | $2,209.00 | 07/15/2020 | $2,209.00 | 08/13/2020 | $2,209.00 |
| 09/16/2020 | $2,209.00 | 10/13/2020 | $2,209.00 | 11/16/2020 | $2,209.00 | 12/15/2020 | $2,209.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPHER HENDRICKSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $4,100.00 | $4,100.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $10,090.61 | $2,445.37 | $7,645.24 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,071.73 | $259.72 | $812.01 | $0.00 |
| 3 | ASSET ACCEPTANCE LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BEST EGG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $9,672.05 | $2,343.94 | $7,328.11 | $0.00 |
| 6 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 33 | $5,361.92 | $1,299.41 | $4,062.51 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $11,842.77 | $2,870.00 | $8,972.77 | $0.00 |
| 10 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $388.68 | $94.19 | $294.49 | $0.00 |
| 12 | COMENITY BANK/VICTORIA SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DELL FINANCIAL SERVICES, LLC | 33 | $773.86 | $187.53 | $586.33 | $0.00 |
| 16 | DELL FINANCIAL SERVICES LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DISCOVER BANK | 33 | $4,288.21 | $1,039.21 | $3,249.00 | $0.00 |
| 18 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FIRST AMERICAN ACCEPTANCE COMPANY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | HAYT, HAYT & LANDAU, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | M&T Credit Services | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $1,798.40 | $435.82 | $1,362.58 | $0.00 |
| 24 | NAVIENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NAVIENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | KHEAA | 33 | $15,209.68 | $3,685.94 | $11,523.74 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PROSPER MARKETPLACE, INC. | 33 | $10,525.34 | $2,550.72 | $7,974.62 | $0.00 |
| 28 | JPMORGAN CHASE BANK, N.A. | 33 | $3,237.39 | $784.55 | $2,452.84 | $0.00 |
| 29 | JPMORGAN CHASE BANK, N.A. | 33 | $6,938.21 | $1,681.42 | $5,256.79 | $0.00 |
| 30 | RICKART COLLECTION SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SPECIALIZED LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK/AMAZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $608.56 | $147.48 | $461.08 | $0.00 |
| 37 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | TOYOTA FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LEE ABT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | ROBIN HENDRICKSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | AMERICAN EXPRESS | 33 | $1,336.21 | $323.82 | $1,012.39 | $0.00 |
| 44 | VERIZON BY AMERICAN INFOSOURCE | 33 | $679.96 | $164.78 | $515.18 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 60.00 | $2,209.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $26,508.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,023.45 |
| Arrearages: | $0.00 |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**