UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

_____

**In re:**                                                         Case No. 19-32294-ABA

**CHRISTOPHER HENDRICKSON**                  Chapter 13
**AND ROBIN HENDRICKSON,**

                                                                       Judge: Andrew B. Altenburg, Jr.

            **Debtor.**

_____

## CERTIFICATION IN SUPPORT OF DISCHARGE

   I, CHRISTOPHER HENDRICKSON, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2.   _X_   I am not required to pay domestic support obligations.

    ____ I am required to pay domestic support obligations and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true,


Date: 8/10/23                                                    /s/ Christopher Hendrickson
                                                                         _____
                                                                         CHRISTOPHER HENDRICKSON, Debtor




**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be issued for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**