UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

_____

**In re:**                                                Case No. 19-32294-ABA

**CHRISTOPHER HENDRICKSON**                Chapter 13
**AND ROBIN HENDRICKSON,**

                                                                   Judge: Andrew B. Altenburg, Jr.

         **Debtor.**

_____


## CERTIFICATION IN SUPPORT OF DISCHARGE

  I, ROBIN HENDRICKSON, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. __X__ I am not required to pay domestic support obligations.

    ____ I am required to pay domestic support obligations and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true,


Date: 8/10/23                                            /s/ Robin Hendrickson
                                                                 _____
                                                                 ROBIN HENDRICKSON, Debtor




**IMPORTANT**:
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be issued for a debtor who fails to file a completed Certification in Support of Discharge.**