UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Christopher Hendrickson**
**Robin Hendrickson**

Case No.: **19-32294-ABA**

Adversary No.:

Chapter: **13**

Judge: Andrew B. Altenburg, Jr.

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **Christopher Hendrickson and Robin Hendrickson**
(Example: John Smith, creditor)

Old address:  1501 Elwood Road
Mullica Twp., NJ 08037

New address:  2107 Skip Morgan Drive
Hammonton, NJ 08037

New phone no.::
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **September 26, 2023**

/s/ Lee Abt
Signature
LEE ABT, ESQUIRE
Attorney for Debtors

*rev. 8/1/2021*