| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher Hendrickson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3425<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Robin Hendrickson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5049<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–32294–ABA | | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Hendrickson                         Robin Hendrickson
aka Christopher Hendrickson Sr.

10/6/23                                         **By the court:** Andrew B. Altenburg Jr.
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-32294-ABA

Christopher Hendrickson  Chapter 13

Robin Hendrickson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 5
Date Rcvd: Oct 06, 2023  Form ID: 3180W  Total Noticed: 62

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher Hendrickson, Robin Hendrickson, 2107 Skip Morgan Drive, Hammonton, NJ 08037 |
| 518591462 | + | First American Acceptance Co LLC, P.O. Box 922, Eatontown, NJ 07724-0922 |
| 518591463 | + | Hayt, Hayt & Landau, LLC, RE: First American Acceptance Co LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 518591466 | + | Marlette Marketing,, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518591482 | + | Rickart Collection Systems, 575 Milltown Road, P.O. Box 7242, North Brunswick, NJ 08902-7242 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518654135 | | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 21:12:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518591439 | + | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 21:01:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518591436 | + | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 21:12:32 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518591442 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Oct 06 2023 20:48:00 | Asset Acceptance LLC, P.O. Box 2039, Warren, MI 48090-2039 |
| 518591443 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 06 2023 21:12:39 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 518698375 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | CSMC 2019-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518591445 | + | EDI: CAPITALONE.COM | Oct 07 2023 00:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518591444 | + | EDI: CAPITALONE.COM | Oct 07 2023 00:37:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518647814 | + | EDI: AIS.COM | Oct 07 2023 00:37:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518591452 | + | EDI: CITICORP.COM | Oct 07 2023 00:37:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518591453 | + | EDI: CITICORP.COM | Oct 07 2023 00:37:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Po Box 790034, St Louis, MO 63179-0034 |
| 518591454 | + | EDI: WFNNB.COM | Oct 07 2023 00:37:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518591455 | + | EDI: WFNNB.COM | Oct 07 2023 00:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518591457 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2023 21:00:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518591456 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2023 21:00:57 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518591459 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 06 2023 21:01:17 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 518612497 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 21:12:41 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518591461 | | EDI: DISCOVER.COM | Oct 07 2023 00:37:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518591460 | | EDI: DISCOVER.COM | Oct 07 2023 00:37:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518591458 | + | Email/PDF: DellBKNotifications@resurgent.com | Oct 06 2023 21:01:44 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 518605985 | | EDI: DISCOVER.COM | Oct 07 2023 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519888199 | | Email/Text: ECF@fayservicing.com | Oct 06 2023 20:47:00 | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519888200 | | Email/Text: ECF@fayservicing.com | Oct 06 2023 20:47:00 | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 518591463 | ^ | MEBN | Oct 06 2023 20:47:12 | Hayt, Hayt & Landau, LLC, RE: First American Acceptance Co LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 518685226 | | EDI: JEFFERSONCAP.COM | Oct 07 2023 00:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518591449 | | EDI: JPMORGANCHASE | Oct 07 2023 00:37:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518591446 | | EDI: JPMORGANCHASE | Oct 07 2023 00:37:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518627851 | + | Email/Text: RASEBN@raslg.com | Oct 06 2023 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518626968 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 06 2023 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518697587 | | Email/Text: legaldivision@kheaa.com | Oct 06 2023 20:47:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518697588 | | Email/Text: legaldivision@kheaa.com | Oct 06 2023 20:47:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518681048 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 21:01:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518591465 | | Email/Text: camanagement@mtb.com | Oct 06 2023 20:47:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 1288, Buffalo, NY 14240 |
| 518591464 | | Email/Text: camanagement@mtb.com | Oct 06 2023 20:47:00 | M&T Credit Services, P.O. Box 900, Millsboro, |

Case 19-32294-ABA   Doc 36   Filed 10/08/23   Entered 10/09/23 00:15:40   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: 3180W | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19966 |
| 518695058 | + | Email/Text: camanagement@mtb.com | Oct 06 2023 20:47:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 518591473 | + | EDI: NAVIENTFKASMSERV.COM | Oct 07 2023 00:37:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518591472 | + | EDI: NAVIENTFKASMSERV.COM | Oct 07 2023 00:37:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518591467 | + | EDI: MAXMSAIDV | Oct 07 2023 00:37:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518615904 | + | EDI: NAVIENTFKASMSERV.COM | Oct 07 2023 00:37:00 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 518591479 | ^ | MEBN | Oct 06 2023 20:46:50 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 518591480 | ^ | MEBN | Oct 06 2023 20:46:49 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518696768 | + | Email/Text: bncmail@w-legal.com | Oct 06 2023 20:48:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518681630 | | EDI: Q3G.COM | Oct 07 2023 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518591481 | + | Email/Text: ngisupport@radiusgs.com | Oct 06 2023 20:47:00 | Radius Global Solutions, 500 North Franklin Turnpike, Ste 200, Mail Code - 747, Ramsey, NJ 07446-1178 |
| 518591483 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 518591484 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518673189 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 06 2023 20:47:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518591485 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 06 2023 20:47:00 | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 518591486 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 06 2023 20:47:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518593810 | + | EDI: RMSC.COM | Oct 07 2023 00:37:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518591488 | + | EDI: RMSC.COM | Oct 07 2023 00:37:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518591487 | + | EDI: RMSC.COM | Oct 07 2023 00:37:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518591490 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 06 2023 20:47:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518591489 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 06 2023 20:47:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518626293 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 06 2023 20:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518676834 | + | EDI: AIS.COM | Oct 07 2023 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 58

Case 19-32294-ABA   Doc 36   Filed 10/08/23   Entered 10/09/23 00:15:40   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: 3180W | Total Noticed: 62 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518654137 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518654138 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518591441 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518591440 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518591437 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518591438 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518591450 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518591451 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518591447 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518591448 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518647083 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518591474 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518591475 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518591476 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518591477 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518591478 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518591468 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518591469 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518591470 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518591471 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2019-JR1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Abt | on behalf of Joint Debtor Robin Hendrickson leeabt2@verizon.net  r40016@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Oct 06, 2023 | Form ID: 3180W | Total Noticed: 62

Lee Abt
    on behalf of Debtor Christopher Hendrickson leeabt2@verizon.net r40016@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6